**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| UNITED STATES OF AMERICA ,<br><br>           Plaintiff,<br><br>vs.<br><br>SEARCH AND SEIZURE WARRANT: 1228 INCA LANE, CITY OF HENDERSON, COUNTY OF CLARK, STATE OF NEVADA,<br><br>           Defendant. | Case No. 2:13–mj–885–VCF<br><br>**SEALED ORDER**<br><br>MOTION TO UNSEAL (ECF NO. 1) |

Before the court is George Mead's Motion to Unseal Search Warrant Documents. (ECF No. 1)

On November 4, 2013, this court issued a Search and Seizure Warrant, with regard to computer equipment located at 1228 Inca Lane, Henderson, Nevada.  The request for a warrant was presented by AUSA Cristina D. Silva.  The warrant's return indicates that it was executed on November 7, 2013, and that a copy of the warrant and inventory was left with George Mead.

In his motion, Mr. Mead represents that sometime in late 2014, Special Agent William Hedges, who executed the warrant, returned all of the seized property to him.  Mr. Mead also states that, when SA Hedges contacted Mr. Mead to arrange to return the seized property, SA Hedges stated that he had concluded is investigation and no charges would be forthcoming.

ACCORDINGLY, and for good cause shown,

IT IS HEREBY ORDERED that, on or before July 11, 2016, the Government may file an opposition to Mr. Mead's Motion to Unseal (ECF No. 1).

IT IS FURTHER ORDERED that the Clerk of Court amend the docket to include Mr. Mead's address, phone number and e-mail address as stated on his Motion to Unseal (ECF No. 1)

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this order to George Mead at: 15288 N. Quintana Rd., Dolan Springs, AZ 86441-9607.

IT IS FURTHER ORDERED that the Clerk of Court add to the docket as counsel for the government: AUSA Christina D. Silva.  The clerk is also directed to include AUSA Silva's standard contact information.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this order as well as a copy of Mead's motion to unseal (ECF No. 1) to AUSA Christina D. Silva at: 501 Las Vegas Blvd. South, Suite 1100, Las Vegas, NV 89101.

IT IS FURTHER ORDERED that, unless and until this case is unsealed, Mr. Mead must mail to AUSA Silva copies of any documents he files in this matter.

IT IS SO ORDERED.

DATED this 24th day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE