# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| In Re: The Search and Seizure At 1228 Inca Lane, City of Henderson, County of Clark, State of Nevada | 2:13-MJ-00885-VCF **ORDER** |
|---|---|

Before the court is George Mead's Motion to Unseal Search Warrant. (ECF No. 1).

The government does not oppose the motion to unseal. (ECF No. 3).

Accordingly,

IT IS HEREBY ORDERED that George Mead's Motion to Unseal Search Warrant (ECF No. 1) is GRANTED.

The Clerk of Court is directed to unseal this file.

DATED this 12th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE